# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE GORDON,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | Case No. 2:18-cv-00775-APG-GWF<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF No. 4) |

On May 4, 2018, Magistrate Judge Foley entered a report and recommendation that I dismiss the case without prejudice to plaintiff Stephanie Gordon pursuing her claims in a previously filed identical case, 2:18-cv-00492-JCM-GWF. ECF No. 4. Gordon did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 4) is accepted**. This action is dismissed without prejudice and the clerk of the court is instructed to close Case No. 2:18-cv-00775-APG-GWF and transfer all filings therein to Case No. 2:18-cv-00492-JCM-GWF. Plaintiff Stephanie Gordon is instructed to make all future filings related to her request for judicial review under Case No. 2:18-cv-00492-JCM-GWF.

DATED this 1st day of June, 2018.

                                                        _____
                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE